**95–493.** In re Estate of Catchings. *Hamilton County,* No. C–940121. Reported at 72 Ohio St.3d 1528, 649 N.E.2d 838. On motion for reconsideration. Motion denied.

*Wednesday, July 5, 1995*

## MERIT DOCKET

**95–544.** Logsdon v. Fifth Third Bank of Toledo. *Lucas County,* No. L–93–225. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B) and *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032. This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–556.** Logsdon v. Fifth Third Bank of Toledo. *Lucas County,* No. L–93–225. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B) and *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032. This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.